# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DANIEL L. SPUCK,               :    No. 25 WM 2022

           Petitioner        :

          v.                :

MARY KATHRYN SALYNSKI, ESQUIRE,    :

          Respondent      :

## ORDER

**PER CURIAM**

       **AND NOW**, this 10th day of August, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.